[No. 3832-1.   Division One.   March 29, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GEORGE VANDAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71449, James W. Mifflin, J., entered May 7, 1975. *Reversed* by unpublished per curiam opinion.

[No. 4295-1.   Division One.   March 29, 1976.]

*In the Matter of the Welfare of* SHANNON LEE SILICIO, ET AL.

Certiorari to review a judgment of the Superior Court for Snohomish County, No. 11141, Dennis J. Britt, J., entered November 19, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Swanson, JJ.

[No. 2663-1.   Division One.   March 29, 1976.]

STROM CONSTRUCTION Co., INC., *Appellant*, v. PACIFIC LUTHERAN UNIVERSITY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 193788, Robert A. Jacques, J., entered November 5, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Andersen, JJ.

[No. 2726-1.   Division One.   April 5, 1976.]

PETER OSCAR JORGENSON, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 758481, Frank J. Eberharter, J., entered January 7, 1974. *Affirmed* by unpublished per curiam opinion.